**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | Honorable Eugene R. Wedoff |
| Related Debtor Corporations: ) | |
|    F & F Transport, Inc., et al. ) | Case No. 14 - 15662 |
|        Debtors ) | |

## DEBTOR'S RULE 1019(5)(A) SCHEDULE

Dated: June 26, 2014

The following is Debtor's schedule of all unpaid debts incurred after the filing of the Petitions on April 25-27, 2014 and before conversion of the case on May 27, 2014, including the name and address of each holder of a claim.

The salary due Patrick Sacor is for services to all five entities, but salaries were generally paid by ICT Logistics. All debts other than the first entry were are payments made by Patrick Sacor on an American Express card in his name and Debtor ICT Logistics' name. The entity benefiting from the payment is indicated in the "Purpose of the Debt" column.

| Date Debt Incurred | Amount of Debt | Holder of Claim | Purpose of Debt |
|---|---|---|---|
| 4/27/14 - 5/27/14 | $11,666.67 | Patrick Sacor<br>742 Ottawa Ave.<br>Park Ride, IL 60068 | Monthly Salary |
| 4/30/14 | $1520.00 | American Express<br>Box 0001<br>Los Angeles, CA 90096<br>("Amex") | Paid Capital Premium Insurance for Cargo Insurance (ICT Logistics and F&F) |
| 4/30/14 | $867.01 | Amex | Paid MB Financial Service car lease (ICT Logistics) |
| 4/30/14 | $193.61 | Amex | Paid Verizon Wireless (ICT Logistics) |
| 5/9/14 | $1,606.50 | Amex | Paid Second City Computers (All entities) |
| 5/23/14 | $248.71 | Amex | Paid Verizon Wireless (ICT Logistics) |
| 5/26/14 | $4,956.50 | Amex | Paid Salvador Insurance, Real Estate Insurance pursuant to Court Order 5/20/14 (ICT Real Estate) |
| 5/30/14 | $1565.00 | Amex | Paid Second City Computers (All Debtors) |
| 6/4/14 | $864.94 | Amex | Paid MB Financial Services car lease (ICT Logistics) |

—2—

                                     By: /s/ Motty Stone
                                     One of Its Attorneys

Motty Stone (6297720)
**SCHNEIDER & STONE**
8424 Skokie Boulevard, Suite 200
Skokie IL 60077
Tel:    (847) 933-0300
mstone@windycitylawgroup.com