IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: F&F Transport, Inc., et al.         CASE NO. 14-15662

### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending  FINAL REPORT , 20 14

BEGINNING BALANCE IN ALL ACOUNTS         $ 0

RECEIPTS:
   1. Receipts from operations         $ 7,000 (ICT Real Estate - checks tendered to Trustee)
   2. Other Receipts         $ 8,100 (ICT Leasing - all proceeds from vehicle sales were paid directly to secured creditors)

DISBURSEMENTS:
   3. Net payroll:
      a. Officers         $_____
      b. Others         $_____

   4. Taxes
      a. Federal Income Taxes         $_____
      b. FICA withholdings         $_____
      c. Employee's withholdings         $_____
      d. Employer's FICA         $_____
      e. Federal Unemployment Taxes         $_____
      f. State Income Tax         $_____
      g. State Employee withholdings         $_____
      h. All other state taxes         $_____

   5. Necessary expenses:
      a. Rent or mortgage payments(s)         $_____
      b. Utilities         $_____
      c. Insurance         $_____
      d. Merchandise bought for manufacture or sale $_____
      e. Other necessary expenses (specify)
         Food, Laundry, Gas (CAR)         $_____
         Business & Misc expenses         $_____

TOTAL DISBURSEMENTS         $ 0

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ 0

ENDING BALANCE IN _____         $_____
      (Name of Bank)
ENDING BALANCE IN _____         $_____
      (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS         $ 0

OPERATING REPORT  Page 1

EXHIBIT "B"

13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: F&F Transport, Inc., et al.   CASE NO.: 14-15662

RECEIPTS LISTING

FOR MONTH ENDING   FINAL REPORT   , 20 14

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | A & G (purchased 4 Reefer Trucks) | $8,100 |
| | Wallach (ICT Real Estate Rentals) | $7,000 |

TOTAL: $15,100

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

OPERATING REPORT Page 2

14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: F&F Transport, Inc., et al.   CASE NO.: 14-15662

### ~~DISBURSEMENT~~ LISTING
PAYMENTS MADE BY PRESIDENT

FOR MONTH ENDING  FINAL REPORT , 20 14

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4/27/14-5/27/14 | | Patrick Sacor Monthly Salary | $11,666.67 |
| 4/30/14 | | Capital Premium Insurance & Cargo Ins. | $1,520 |
| 4/30/14 | | MB Financial Car Lease | $867.07 |
| 4/30/14 | | Verizon Wireless | $193.61 |
| 5/9/14 | | Second City Computers | $1,606.50 |
| 5/23/14 | | Verizon Wireless | $248.71 |
| 5/26/2014 | | Salvador Insurance | $4,956.50 |
| 5/30/14 | | Second City Computers | $1,565 |
| 6/4/14 | | MB Financial Car Lease | $864.94 |

All disbursements listed were paid by Patrick Sacor either personally or via personally guaranteed American Express card as detailed in 1019 (5)(A) Schedule.

The following balances are outstanding for attorneys' fees (Note that no law firms were granted leave to be retained by the debtor):

| | |
|---|---|
| Goodman Tovrov Hardy & Johnson | $1,380.00 |
| Schneider & Stone | $36,493.75 |

TOTAL: $23,489

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT Page 3

15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: F&F Transport, Inc., et al.            CASE NO.: 14-15662

FOR MONTH ENDING ___FINAL REPORT___, 20_14_

STATEMENT OF INVENTORY

    Beginning inventory                  $_____

    Add: purchases                       $_____

    Less: goods sold                     $_____
      (cost basis)

    Ending inventory                     $_____

PAYROLL INFORMATION STATEMENT

Gross payroll for this period            $_____

Payroll taxes due but unpaid             $_____

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT Page 4

16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: F&F Transport, Inc., et al.     CASE NO.: 14-15662

FOR MONTH ENDING  FINAL REPORT , 20 14

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

  Beginning of month balance  $_____

  Add: sales on account  $_____

  Less: collections  $_____

  End of month balance  $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

  Beginning of month balance  $_____

  Add: credit extended  $_____

  Less: payments of account  $_____

  End of month balance  $_____

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE SCHEDULE
AND FILE WITH THIS REPORT

OPERATING REPORT Page 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CASE NAME: F&F Transport, Inc., et al.            CASE NO.: 14-15662

FOR MONTH ENDING   FINAL REPORT   , 20 14

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) |
| 2. | FICA withholdings | Yes ( ) | No ( ) |
| 3. | Employee's withholdings | Yes ( ) | No ( ) |
| 4. | Employer's FICA | Yes ( ) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No ( ) |
| 7. | State Employee withholdings | Yes ( ) | No ( ) |
| 8. | All other state taxes | Yes ( ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

| Form 6123 (Rev. 06-97) | Department of the Treasury-Internal Revenue Service **Verification of Fiduciary's Federal Tax Deposit** |
|---|---|
| | **Do not attach this Notice to your Return** |
| **TO** | District Director, Internal revenue Service<br>Attn: Chief, Special Procedures Function |
| **FROM:** | Name of Taxpayer<br><br>Taxpayer Address |

The following information is to notify you of Federal tax deposit(s)(FTD) as required by the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

| **Section 1**<br><br>Taxes Reported on Form 941, Employer's Quarterly Federal Tax Return | **Form 941 Federal Tax Deposit (FTD) Information**<br>For the payroll period from _____ to _____<br>Payroll date_____<br>Gross wages paid to employees $_____<br>Income tax withheld $_____<br>Social Security (Employer's plus Employee's share of Social Security Tax) $_____<br>_ Tax Deposited $_____<br>Date Deposited _____ |
|---|---|
| **Section 2**<br><br>Taxes Reported on Form 940, Employer's Annual Federal Unemployment Tax Return | **Form 940 Federal Tax Deposit (FTD) Information**<br>For the payroll period from _____ to _____<br>Gross wages paid to employees $_____<br>Tax Deposited $_____<br>Date Deposited _____ |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**
This certifies receipt or electronic transmittal of deposits described below for Federal taxes as defined in Circular E, Employer's Tax Guide (Publication 15)

| Deposit Method (check box) | ☐ Form 8109/8109B Federal Tax Deposit (FTD) coupon<br>☐ Electronic Federal Tax Payment System (EFTPS) Deposit | |
|---|---|---|
| Amount (Form 941Taxes) | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Amount (Form 940 Taxes | Date of Deposit | EFTPS acknowledgment number or Form 8109 FTD received by: |
| Depositor's Employer Identification Number: | Name and Address of Bank | |

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

| Signed: | Date: |
|---|---|
| Name and Title (print or type) | |

Cat. #43099Z    Form **6123** (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

## DECLARATION UNDER PENALTY OF PERJURY

I, Patrick Sacor _____, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

Debtor in Possession
_____

_____

DATED: 6-26-14