**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV - 5 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:  )
        )
        )   Case No. 14 B 15662
F & F TRANSPORT, INC., ET AL,  )
        )
        )
        )   Chapter 7
Debtors.  )
        )

# FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING FIRST APPLICATION OF CHUHAK & TECSON, P.C., ATTORNEYS FOR DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| TOTAL FEES REQUESTED: | $42,009.50 | TOTAL COSTS REQUESTED: | $1,428.96 |
|---|---|---|---|
| TOTAL FEES REDUCED: | $1,640.00 | TOTAL COSTS REDUCED: | $885.70 |
| TOTAL FEES ALLOWED: | $40,369.50 | TOTAL COSTS ALLOWED: | $543.26 |

## TOTAL FEES AND COSTS ALLOWED: $40,912.76

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1) Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2) Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone*

*Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(3)     **Reimbursement Limited to Actual, Necessary Expenses**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

(4)     **Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(12)    **Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: November 5, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/14 | EMS | Draft email to David Wallach and his client's use of the Debtor's property as of May 29, 2014. | 0.20 hrs | $350.00 /hr | $70.00 |
| 06/06/14 | MRS | Call with Brenda re issues relating to truck financing | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/06/14 | MRS | Call to Vedder Price re truck financing and review of Steve Jakubowski's motion to lift stay re same issue | 0.50 hrs | $310.00 /hr | $155.00 |
| 06/08/14 | MRS | Draft motion to abandon trucks | 1.20 hrs | $310.00 /hr | $372.00 |
| 06/09/14 | MRS | Call with Factor re issues for his client if trucks are abandoned | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/09/14 | MRS | Review of schedules to review potential assets | 0.60 hrs | $310.00 /hr | $186.00 |
| 06/09/14 | MRS | Finalize motion to retain broker for filing and service, including fillable order | 0.50 hrs | $310.00 /hr [275.00] | $155.00 [-17.50] |
| 06/09/14 | MRS | Call with Trustee re truck issue and retention of broker | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/10/14 | EO | Obtain list of recorded documents and copies of recorded documents from DuPage County Recorder. | 0.80 hrs | $190.00 /hr | $152.00 |
| 06/10/14 | MRS | Review of mortgages on Property and memo to Trustee re same | 0.60 hrs | $310.00 /hr | $186.00 |
| 06/10/14 | MRS | Court on motion to retain counsel in ICT | 1.10 hrs | $310.00 /hr | $341.00 |
| 06/10/14 | MRS | Modify proposed order authorizing retention of broker | 0.20 hrs | $310.00 /hr | $62.00 |
| 06/10/14 | MRS | Call with broker re issue relating to leased parking and retention | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/11/14 | MRS | Further discussion with Brenda re moving forward with preference action relating to third mortgage | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/11/14 | MRS | Communication with broker re entered order and next steps | 0.20 hrs | $310.00 /hr | $62.00 |
| 06/16/14 | MRS | Review of A&G lease and discussion with Brenda re same and issues relating to rejection of that contract | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/16/14 | MRS | Call with Bill Factor re benefit of A&G lease | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/17/14 | MRS | Call with trustee re meeting of creditors and pending issues with trucks | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/17/14 | MRS | Review of Signature Financial's motion to lift stay filed in ICT case | 0.30 hrs | $310.00 /hr | $93.00 |

17.50

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/17/14 | MRS | Review of motion for sanctions | 0.40 hrs | $310.00 /hr | $124.00 |
| 06/18/14 | MRS | Call with Bill Factor re issues relating to property insurance and abandonment of trucks | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/18/14 | MRS ② | Finalize motion to abandon trucks and prepare for filing and service | 0.60 hrs .20 | $310.00 /hr | $186.00 −124.00 |
| 06/20/14 | MRS | Communication with Debtor re outstanding required reports relating to post petition expenses | 0.40 hrs | $310.00 /hr | $124.00 |
| 06/20/14 | MRS | Communication with Southgate Capital re stay relief and meeting of creditors | 0.20 hrs | $310.00 /hr | $62.00 |
| 06/23/14 | MRS | Prepare for hearing on ICT motion for stay violation and review of David Wallach information relating to trucks | 0.50 hrs | $310.00 /hr | $155.00 |
| 06/24/14 | MRS | Court hearing on trustee's motion to abandon trucks, various motions to lift stay on trucks and Patrick/Jerry's motion for sanctions against Wallach's clients for alleged stay violation | 1.50 hrs | $310.00 /hr | $465.00 |
| 06/24/14 | MRS | Calls with financing companies re return of trucks | 0.50 hrs | $310.00 /hr | $155.00 |
| 06/25/14 | MRS | Communication with Bill Factor re potential lawsuit by shareholders against other shareholders to recover trucks | 0.50 hrs | $310.00 /hr | $155.00 |
| 06/26/14 | MRS | Review of final report by ICT | 0.20 hrs | $310.00 /hr | $62.00 |
| 06/27/14 | MRS | Review of subpoena's filed by Bill Factor | 0.30 hrs | $310.00 /hr | $93.00 |
| 06/30/14 | MRS | Communication with Signature Financial and other truck lenders re return of vehicles | 0.30 hrs | $310.00 /hr | $93.00 |
| 07/01/14 | MRS | Call with Signature Financial re truck locations | 0.20 hrs | $310.00 /hr | $62.00 |
| 07/01/14 | MRS | Call with David Wallach re possible sale of trucks by shareholder | 0.30 hrs | $310.00 /hr | $93.00 |
| 07/03/14 | MRS | Communication with Bill Factor and other shareholders re access to server | 0.30 hrs | $310.00 /hr | $93.00 |
| 07/08/14 | MRS | Communication with principals re information relating to server and outstanding Comcast bill | 0.20 hrs | $310.00 /hr | $62.00 |
| 07/09/14 | MRS | Court hearing on truck company motion to lift stay re trucks | 1.00 hrs | $310.00 /hr | $310.00 |
| 07/10/14 | MRS | Call with Brenda re status, issues with sale of property and Standard Bank lien on trucks | 0.40 hrs | $310.00 /hr | $124.00 |

124.00

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/31/14 | EMS | Prepare Appearance | 0.20 hrs | $350.00 /hr | $70.00 |
| 08/01/14 | MRS | Call with Bill Factor re timing of his review of proposed APA | 0.20 hrs | $310.00 /hr | $62.00 |
| 08/01/14 | MRS | Discussions with broker and trustee re issues relating to due diligence period | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/04/14 | MRS | Review of buyer's comments to proposed APA and discussion of issues with trustee | 0.60 hrs | $310.00 /hr | $186.00 |
| 08/07/14 | EMS | Review electronic notice re: continuance of meeting of creditors. | 0.20 hrs | $350.00 /hr | $70.00 |
| 08/15/14 | MRS | Prepare for 341 meeting for ICT | 1.00 hrs | $310.00 /hr | $310.00 |
| 08/15/14 | MRS | Call with Trustee re status of discussion with Factor's client and Bank | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/15/14 | MRS | Call with Bill Bryan re questions relating to Standard Bank payoff statement | 0.50 hrs | $310.00 /hr | $155.00 |
| 08/18/14 | MRS | Prepare petitions and schedules for 341 meeting | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/18/14 | MRS | Attend 341 meeting for ICT bankruptcy cases | 2.00 hrs | $310.00 /hr | $620.00 |
| 09/05/14 | MRS | Communications with Bill Factor, Trustee and Allan Fridman re access to server and sale process. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/10/14 | TGT | Review electronic docket, pleadings and motions filed on behalf of trustee. | 1.20 hrs | $285.00 /hr | $342.00 |
| 09/10/14 | MRS | Prepare motion to incur financing for filing and service. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/11/14 | MRS | Communications with principals re access to server. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/12/14 | MRS | Draft and file a motion to extend claims bar date (?)(4) | 0.70 hrs | $310.00 /hr | $217.00 -212.00 |
| 09/16/14 | MRS | Review of proposed order authorizing insurance financing. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/16/14 | MRS | Review issues with Server. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/22/14 | MRS | Call with Triumph's counsel re proposed language and settlement of Triumph's lien. | 0.40 hrs | $310.00 /hr | $124.00 |
| 09/22/14 | MRS | Review of filed claim in ICT real estate case. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/23/14 | MRS | Review of additional information relating Slusarenko ~~claim.~~ | 0.50 hrs | $310.00 /hr | $155.00 |

217.00

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/23/14 | MRS | Negotiations with Triumph regarding additional language for sale order. | 0.40 hrs | $310.00 /hr | $124.00 |
| 09/24/14 | MRS | Review of Standard Bank payoff letters. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/30/14 | MRS | Draft letter agreement regarding payment of Triumph. | 0.70 hrs | $310.00 /hr | $217.00 |
| 09/30/14 | MRS | Communication with Triumph counsel re status of payment. | 0.20 hrs | $310.00 /hr | $62.00 |

TOTAL FEES FOR THIS MATTER                                                         $11,070.00

| Service By | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sethna, Eileen M | Principal | 0.90 | 350.00 | $315.00 |
| O'Loughlin, Elizabeth L | Paralegal | 0.80 | 190.00 | $152.00 |
| Stein, Miriam R. | Principal | 33.10 | 310.00 | $10,261.00 |
| Tiu, Terence G | Associate | 1.20 | 285.00 | $342.00 |

DISBURSEMENTS

| Date | Description | | Amount |
|---|---|---|---|
| 06/03/14 | FEDERAL EXPRESS 853401140603162442 INV. 385793 | @ 1.00 | $10.98 |
| 06/18/14 | FEDERAL EXPRESS 853401140618154006 INV. 386699 | @ 1.00 | $10.98 |
| 09/23/14 | SECRETARY OF STATE; Invoice # 234727; Filing Fees | @ 1.00 | $75.00 |
| 09/23/14 | SECRETARY OF STATE; Invoice # 234728; Filing Fees | @ 1.00 | $45.00 |
| 09/26/14 | VILLAGE OF GLENDALE HEIGHTS; Invoice # 234829; Transfer Stamp Fee | @ 1.00 | $81.00 |
| 09/26/14 | Transfer Stamp Fee; Cashier's CK#13057126 | @ 1.00 | $1,209.00 |
| 09/29/14 | VILLAGE OF GLENDALE HEIGHTS; Invoice # 234830; Water Bill | @ 1.00 | $11,323.23 |
| 09/30/14 | Photocopy Expenses (3) | @ 0.20 | $1,705.40  –852.70 |
| 09/30/14 | Fax Expenses (3) | @ 1.00 | $33.00  –33.00 |
| 09/30/14 | Inhouse Messenger | @ 1.00 | $18.00 |

TOTAL DISBURSEMENTS FOR THIS MATTER                                                $14,511.59

---

**TOTAL RECAP OF FEES**

| Service By | Hours | Rate | Total |
|---|---|---|---|
| Sethna, Eileen M | 0.90 | 350.00 | $315.00 |
| O'Loughlin, Elizabeth L | 0.80 | 190.00 | $152.00 |
| Stein, Miriam R. | 33.10 | 310.00 | $10,261.00 |
| Tiu, Terence G | 1.20 | 285.00 | $342.00 |

885.70

# CHURAK & TECSON, P.C.
## ATTORNEYS AT LAW
30 S. Wacker Drive
26th Floor
Chicago, Illinois 60606-7413
(312) 444-9300
Fax: (312) 444-9027



EXHIBIT B

FEDERAL TAX I.D. # 36-3502641

October 14, 2014

Brenda Porter Helms, Chapter 7 Trustee
Albany Bank & Trust Company, N.A.
3400 W. Lawrence Avenue
Chicago, IL 60625

Client No: 24075
Invoice No: 368771    EMS
Billed Through: 09/30/2014

**Matter No: 55926**
**ICT Bankruptcy - Retention of Professionals**

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/14 | MRS | Draft motion to retain C&T as Trustee's counsel, affidavit and order authorizing same | 1.40 hrs | $310.00 /hr ~~~ 275.00 | $434.00 -49.00 |
| 06/05/14 | EMS | Draft email to Mike Robbins re: the listing agreement relative to his prior engagements for 2014 affidavit. | 0.20 hrs | $350.00 /hr | $70.00 |
| 06/08/14 | MRS | Draft motion to retain broker, affidavit, rider to agreement and proposed order | 1.50 hrs | $310.00 /hr ~~~ 275.00 | $465.00 -52.50 |
| 06/11/14 | MRS | Hearing on motion to retain broker | 1.20 hrs | $310.00 /hr | $372.00 |

TOTAL FEES FOR THIS MATTER                                            $1,341.00

| Service By | Title | | Hours | Rate | Total |
|---|---|---|---|---|---|
| Sethna, Eileen M | Principal | | 0.20 | 350.00 | $70.00 |
| Stein, Miriam R. | Principal | | 4.10 | 310.00 | $1,271.00 |

**TOTAL RECAP OF FEES**

| Service By | Hours | Rate | Total |
|---|---|---|---|
| Sethna, Eileen M | 0.20 | 350.00 | $70.00 |
| Stein, Miriam R. | 4.10 | 310.00 | $1,271.00 |

$1,341.00

**TOTAL RECAP OF DISBURSEMENTS**

Total

Disbursement Type

$0.00

101.50

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/29/14 | MRS | Draft modifications to APA based on discussion with broker | 0.50 hrs | $310.00 /hr | $155.00 |
| 07/30/14 | MRS | Communications with Trustee re proposed modification to motion to approval sale of ICT real estate and other property | 0.30 hrs | $310.00 /hr | $93.00 |
| 07/30/14 | MRS | Communication with Bill Factor re proposed APA | 0.20 hrs | $310.00 /hr | $62.00 |
| 07/31/14 | MRS | Communication with Bill Factor re review of ICT APA | 0.20 hrs | $310.00 /hr | $62.00 |
| 08/05/14 | ALG1 | Conference with Mimi Stein regarding potential sale by bankruptcy trustee. | 0.20 hrs | $295.00 /hr | $59.00 |
| 08/05/14 | MRS | Review of title commitment | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/05/14 | MRS | Draft bankruptcy order approving sale ①  | 1.00 hrs | $310.00 /hr  275 | $310.00  -35.00 |
| 08/05/14 | MRS | Work on APA including review of initial proposed revisions by buyer and draft modification to APA | 0.60 hrs | $310.00 /hr | $186.00 |
| 08/05/14 | MRS | Conference call with broker and trustee re proposed revisions to APA and finalizing transaction with Bill Factor's group | 0.80 hrs | $310.00 /hr | $248.00 |
| 08/05/14 | MRS | Call with buyer's counsel re sale issues | 0.50 hrs | $310.00 /hr | $155.00 |
| 08/06/14 | ALG1 | Conference call with Mimi Stein and buyer's attorney regarding draft PSA. | 0.40 hrs | $295.00 /hr | $118.00 |
| 08/06/14 | MRS | Work on APA including redraft of various provisions removed by buyer and discussion with Trustee re accepted v rejected proposed revisions | 1.40 hrs | $310.00 /hr | $434.00 |
| 08/06/14 | MRS | Call with Trustee and Broker re current proposed revisions to APA | 0.60 hrs | $310.00 /hr | $186.00 |
| 08/06/14 | MRS | Work on proposed sale order to include additional provisions to protect buyer's breakup fee and Trustee's ability to close if Buyer fails to proceed | 0.50 hrs | $310.00 /hr | $155.00 |
| 08/07/14 | MRS | Finalize proposed sale order | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/07/14 | MRS | Calls with JB re proposed revisions to ICT APA | 0.60 hrs | $310.00 /hr | $186.00 |
| 08/07/14 | MRS | Communication with broker re outstanding issues on indemnification, no reps, and minimum bid. | 0.20 hrs | $310.00 /hr | $62.00 |
| 08/07/14 | MRS | Further communication with Trustee re outstanding issues relating to APA and discussion on minimum bid issues | 0.30 hrs | $310.00 /hr | $93.00 |

35.00

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/14 | MRS | Work on APA including review of JB's revisions; draft updated revisions and circulate to Buyer's counsel and Trustee | 1.20 hrs | $310.00 /hr | $372.00 |
| 08/08/14 | ALG1 | Reviewed and analyzed title commitment. | 0.30 hrs | $295.00 /hr | $88.50 |
| 08/08/14 | ALG1 | Prepared preliminary drafts of transfer documents to be attached as exhibits to PSA. | 1.50 hrs | $295.00 /hr | $442.50 |
| 08/08/14 | MRS | Work on exhibits to APA and review of same | 1.00 hrs | $310.00 /hr | $310.00 |
| 08/08/14 | MRS | Finalize service list between all 5 cases for motion to sell (1) | 0.50 hrs | $310.00 /hr  275.00 | $155.00  -17.50 |
| 08/08/14 | MRS | Draft revisions to APA re minimum bid, vehicles and other ancillary issues discussed with buyer's counsel | 0.70 hrs | $310.00 /hr | $217.00 |
| 08/11/14 | ALG1 | Reviewed and analyzed proposed changes to draft transfer documents. | 0.50 hrs | $295.00 /hr | $147.50 |
| 08/11/14 | ALG1 | Review and analysis of amended, proposed modifications to draft contract and transfer documents. | 0.50 hrs | $295.00 /hr | $147.50 |
| 08/11/14 | MRS | Communication with Trustee re broker's commission | 0.20 hrs | $310.00 /hr | $62.00 |
| 08/11/14 | MRS | Communication with buyer's counsel re sale motion and order | 0.40 hrs | $310.00 /hr | $124.00 |
| 08/11/14 | MRS | Review issues relating to Trustee Deed | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/11/14 | MRS | Review of final revisions by buyer's counsel and incorporate same into APA document | 1.10 hrs | $310.00 /hr | $341.00 |
| 08/12/14 | ALG1 | Correspondence with Jeff Burger regarding proposed changes to documents. | 0.20 hrs | $295.00 /hr | $59.00 |
| 08/12/14 | MRS | Work on revisions to APA and discussions with buyer's attorney re same | 1.00 hrs | $310.00 /hr | $310.00 |
| 08/12/14 | MRS | Review of issue re Trustee's quit claim deed | 0.20 hrs | $310.00 /hr | $62.00 |
| 08/12/14 | MRS | Work on exhibits to APA | 0.60 hrs | $310.00 /hr | $186.00 |
| 08/13/14 | MRS | Finalize sale order with Bill factor's proposed modifications | 0.50 hrs | $310.00 /hr | $155.00 |
| 08/13/14 | MRS | Circulate final draft of APA (12) | 0.40 hrs | $310.00 /hr | $124.00 -124.00 |
| 08/13/14 | MRS | Review of payoff statements and discussion with Trustee as to whether there are sufficient funds to | 0.60 hrs | $310.00 /hr | $186.00 |

141,50

satisfy admin and distribution to unsecured creditors

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/14/14 | EO | Obtain copies of recorded documents from DuPage County recorder. | 0.40 hrs | $190.00 /hr | $76.00 |
| 08/14/14 | MRS | Review of Standard Bank Loan documents and communication with Brenda Helms re same | 0.50 hrs | $310.00 /hr | $155.00 |
| 08/15/14 | ALG1 | Finalized exhibits to Purchase and Sale Agreement. | 0.60 hrs | $295.00 /hr | $177.00 |
| 08/15/14 | MRS | Review of Credit Undertaking Agreement to determine whether there is cross-collateralization | 0.40 hrs | $310.00 /hr | $124.00 |
| 08/15/14 | MRS | Call with Bill Factor re issues with sale and calculation of costs and purchase of vehicles | 0.50 hrs | $310.00 /hr | $155.00 |
| 08/18/14 | MRS | Meeting with Bill Factor and Patrick Sacor re issues relating to APA | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/19/14 | MRS | Call with David Wallach re possible bid for assets | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/22/14 | MRS | Discussion with broker re allocation of purchase price. | 0.20 hrs | $310.00 /hr | $62.00 |
| 08/22/14 | MRS | Calls with Brenda, Bill Factor and Broker to finalize APA and purchase price. | 0.60 hrs | $310.00 /hr | $186.00 |
| 08/25/14 | MRS | Brief communication with buyer's counsel re discussions to date with Standard Bank. | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/26/14 | MRS | Finalize review of APA, Motion and Sale Order and discussion with Trustee re same. | 1.00 hrs | $310.00 /hr | $310.00 |
| 08/27/14 | MRS | Discussion with David Wallach re sale process and timing for hearing. | 0.30 hrs | $310.00 /hr | $93.00 |
| 08/27/14 | MRS | Prepare and finalize motion, exhibits and service list for filing and service. ① | 1.30 hrs | $310.00 /hr  *275.00* | $403.00  *-45.50* |
| 08/28/14 | ALG1 | Finalized Purchase and Sale Agreement. | 0.20 hrs | $295.00 /hr | $59.00 |
| 08/29/14 | MRS | Discussion with Trustee re issues of trustee title policy for property. | 0.20 hrs | $310.00 /hr | $62.00 |
| 08/29/14 | MRS | Discussion with B. Factor re finalizing service, order and motion. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/02/14 | MRS | Finalize motion, order, exhibit, service list for filing and service ① | 1.20 hrs | $310.00 /hr  *275.00* | $372.00  *-42.00* |
| 09/02/14 | MRS | Review escrow agreement and communication with trustee re same. | 0.20 hrs | $310.00 /hr | $62.00 |

*87.50*

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/14 | MRS | Draft and ~~file~~ motion to defer sale fee (4)(7) | 0.70 hrs | $310.00 /hr | $217.00  -217.00 |
| 09/02/14 | MRS | Further discussions with Bill Factor re sale procedures and revisions to Order. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/03/14 | MRS | Communication with Debtor's counsel re escrow agreement. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/05/14 | MRS | Communication with GE Electric re carve out of GE trucks from sale. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/08/14 | MRS | Communication with broker re additional interest in property. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/09/14 | MRS | Communication with Trustee and Purchaser's counsel re coordination of closing issues. | 0.40 hrs | $310.00 /hr | $124.00 |
| 09/10/14 | SK | Review of title commitment; phone call to th City of Glendale Heights to discuss compliance inspection; phone call to Attorney Jeffrey A. Burger regarding purchase and sale agreement; prepare letter to Jeffrey A Burger. (7) | 1.50 hrs | $200.00 /hr | $300.00  -30.00 |
| 09/10/14 | MRS | Discussions with Debtor's counsel re specifics for closing. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/10/14 | MRS | Draft motion to incur debt relating to insurance premium financing | 1.30 hrs | $310.00 /hr | $403.00 |
| 09/11/14 | SK | E-mail certificate of compliance to Broker. | 0.10 hrs | $200.00 /hr | $20.00 |
| 09/11/14 | SK | Phone call with Jeff Burger to discuss title exceptions. | 0.50 hrs | $200.00 /hr | $100.00 |
| 09/11/14 | SK | Phone call from Broker to discuss certificate of compliance. | 0.20 hrs | $200.00 /hr | $40.00 |
| 09/11/14 | SK | Phone call to Broker. | 0.30 hrs | $200.00 /hr | $60.00 |
| 09/11/14 | SK | Prepare Certificate of Compliance Application for Glendale Heights. | 0.60 hrs | $200.00 /hr | $120.00 |
| 09/11/14 | SK | Review of Purchase and Sale Agreement. | 0.40 hrs | $200.00 /hr | $80.00 |
| 09/11/14 | SK | Phone call to title company to request pro-forma. | 0.40 hrs | $200.00 /hr | $80.00 |
| 09/11/14 | MRS | Review of proposed offer from David Wallach's client and discussion with Trustee re same. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/11/14 | MRS | Review closing issues and timing. | 0.50 hrs | $310.00 /hr | $155.00 |

247.00

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/12/14 | SK | E-mail to Broker to get status of meeting with Village for compliance inspection; e-mail to all parties date and time of compliance inspection. | 0.40 hrs | $200.00 /hr | $80.00 |
| 09/12/14 | MRS | Review and revise letter to David Wallach re offer to purchase assets of ICT, including minimum bid requirements due to economics of sale. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/12/14 | MRS | Discussion with Broker re inspection by Village prior to closing. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/15/14 | MRS | Discussions with broker re sale of assets. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/16/14 | SK | Phone call from Broker regarding transfer stamp purchase; e-mail to Broker on who to certify the survey to. | 0.80 hrs | $200.00 /hr | $160.00 |
| 09/16/14 | MRS | Calls with Allan Fridman and David Wallach re competing bid. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/16/14 | MRS | Review issues relating to title policy. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/16/14 | MRS | Prepare for court on motion to approve sale and other motions. | 1.00 hrs | $310.00 /hr | $310.00 |
| 09/17/14 | MRS | Communication with David Wallach re Trustee's correspondence from Friday. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/17/14 | MRS | Initial draft of memo in support of motion to sell assets. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/18/14 | MRS | Calls with Wallach re potential competing offer and communication re APA. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/19/14 | SK | Draft closing documents; phone call to the City of Glendale Heights to discuss release of liens. | 4.20 hrs | $200.00 /hr | $840.00 <br> -84.00 |
| 09/19/14 | MRS | Communication with CT&T re closing docs. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/19/14 | MRS | Call with Steve J and Bill Factor re issues relating to Steve's clients lien on personal property | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/19/14 | MRS | Further preparation for sale hearing. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/22/14 | SK | Telephone conversation with Glendale Heights on releasing liens. | 0.30 hrs | $200.00 /hr | $60.00 |
| 09/22/14 | SK | Revise closing documents. | 1.70 hrs | $200.00 /hr | $340.00 |
| 09/22/14 | SK | Phone conversation with City of Glendale Heights on releasing liens. | 0.30 hrs | $200.00 /hr | $60.00 |

84.00

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/22/14 | MRS | Further preparation for sale of hearing including prep for testimony if needed. | 1.00 hrs | $310.00 /hr | $310.00 |
| 09/22/14 | MRS | Communication with Jeff Burger re Standard Bank payoff statement. | 0.20 hrs | $310.00 /hr | $62.00 |
| 09/22/14 | MRS | Draft and file memorandum in support of sale (7)(4) | 1.50 hrs | $310.00 /hr | $465.00 -465.00 |
| 09/22/14 | MRS | Review of objection to sale motion. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/23/14 | SK | E-mail to Broker to request commission statement and confirm receipt of survey. | 0.20 hrs | $200.00 /hr | $40.00 |
| 09/23/14 | SK | E-mail updated survey to Buyers Attorney. | 0.30 hrs | $200.00 /hr | $60.00 |
| 09/23/14 | SK | E-mail closing document to Buyers Attorney for review. | 0.20 hrs | $200.00 /hr | $40.00 |
| 09/23/14 | SK | Review of updated survey. | 0.50 hrs | $200.00 /hr | $100.00 |
| 09/23/14 | SK | Prepare State and County transfer declarations. | 0.50 hrs | $200.00 /hr | $100.00 |
| 09/23/14 | SK | Phone call from Jeff Burger to discuss closing statement. | 0.80 hrs | $200.00 /hr | $160.00 |
| 09/23/14 | SK | Draft closing statement. | 0.50 hrs | $200.00 /hr | $100.00 |
| 09/23/14 | PAF | ICT Real Estate, Inc.: Obtained Cert. of Good Standing and a Certified Copy of the Articles of Inc. and all Amendments from the Illinois Sec. of State. | 0.50 hrs | $180.00 /hr | $90.00 |
| 09/23/14 | MRS | Draft revisions to sale order | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/23/14 | MRS | Communications with both bidders re requirements for bidding and deadline. | 0.60 hrs | $310.00 /hr | $186.00 |
| 09/23/14 | MRS | Court hearing on ICT Sale | 1.50 hrs | $310.00 /hr | $465.00 |
| 09/23/14 | MRS | Review of Standard Bank payoff statements and costs to close. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/23/14 | MRS | Further communication with broker and Jerry's counsel re bid process and next steps. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/23/14 | MRS | Discussion with Trustee re sale process and next steps | 0.60 hrs | $310.00 /hr | $186.00 |
| 09/24/14 | EMS | Review the motions, memorandum, objection, orders and outline of proposed closing statement for determination of best recovery for estate. | 1.00 hrs | $350.00 /hr | $350.00 |
| 09/24/14 | EMS | Analyze the proposed orders and increased purchase | 0.60 hrs | $350.00 /hr | $210.00 |

465.00

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/14 | SK | Numerous phone calls to Broker to coordinate payment of City fees. | 0.70 hrs | $200.00 /hr | $140.00 |
| 09/26/14 | SK | e-mail closing figures to title company. | 0.50 hrs | $200.00 /hr | $100.00 |
| 09/26/14 | ALG1 | Analysis of closing issues. | 0.30 hrs | $295.00 /hr | $88.50 |
| 09/28/14 | MRS | review issues relating to payment of water bill. | 0.30 hrs | $310.00 /hr | $93.00 |
| 09/28/14 | MRS | Call with Trustee re terms of APA re escrow funds if fail to close and costs of moving forward with another buyer. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/28/14 | MRS | Call with Broker re latest developments with Village. | 0.50 hrs | $310.00 /hr | $155.00 |
| 09/29/14 | SK | Phone call from Broker to discuss transfer stamp. | 0.30 hrs | $200.00 /hr | $60.00 |
| 09/29/14 | SK | Prepare file for closing. ②④ | 0.60 hrs | $200.00 /hr | $120.00  -120.00 |
| 09/29/14 | SK | Phone call to Standard Bank for wire instructions for payoff. | 0.20 hrs | $200.00 /hr | $40.00 |
| 09/29/14 | SK | Phone call from Broker. | 0.20 hrs | $200.00 /hr | $40.00 |
| 09/29/14 | SK | E-mail to Buyers Attorney for wire instructions for payoffs. | 0.30 hrs | $200.00 /hr | $60.00 |
| 09/29/14 | SK | Phone call to title company to discuss settlement statement. | 0.40 hrs | $200.00 /hr | $80.00 |
| 09/29/14 | SK | Review of revised settlement statement. | 0.60 hrs | $200.00 /hr | $120.00 |
| 09/29/14 | SK | Attend closing. | 2.40 hrs | $200.00 /hr | $480.00 |
| 09/29/14 | EMS | Follow-up on closing status, water bill and transfer stamps. | 0.20 hrs | $350.00 /hr | $70.00 |
| 09/29/14 | EMS | Review update on the broker's progress with the stamps on way to closing. | 0.20 hrs | $350.00 /hr | $70.00 |
| 09/29/14 | EMS | Follow-up with Title company re: status of the dry closing. | 0.20 hrs | $350.00 /hr | $70.00 |
| 09/29/14 | MRS | Work on closing issues including multiple calls with buyer's counsel and Trustee relating to transfer stamps and other closing issues. | 1.00 hrs | $310.00 /hr | $310.00 |
| 09/30/14 | SK | E-mail paid receipts to Buyers Attorney. | 0.20 hrs | $200.00 /hr | $40.00 |
| 09/30/14 | SK | E-mail to client requesting proof of payment for survey and invoice for Triumph payment. | 0.30 hrs | $200.00 /hr | $60.00 |

120.00